Kristen T. Gallagher (NSBN 9561)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
Email: kgallagher@mcdonaldcarano.com

Chelsea Latino (NSBN 14227)
McDONALD CARANO LLP
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
Telephone: (775) 788-2000
Email: clatino@mcdonaldcarano.com

Ann H. MacDonald, Esq. (*Pro Hac Vice*)
ARENTFOX SCHIFF LLP
233 S. Wacker Drive, Suite 7100
Chicago, IL 60606
Telephone: (312) 258-5548
Email: ann.macdonald@afslaw.com

Elise Yu, Esq. (*Pro Hac Vice*)
ARENTFOX SCHIFF LLP
350 South Main Street, Suite 210
Ann Arbor, MI 48104
Telephone: (734) 222-1556
Email: elise.yu@afslaw.com

*Attorneys for Defendants Eldorado Resorts, Inc., Eldorado Resorts, LLC, Caesars Entertainment, Inc., and Circus and Eldorado Joint Venture, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Alice J., pseudonymously,<br><br>Plaintiff,<br><br>vs.<br><br>OPINDER DHILLON; ELDORADO RESORTS, INC; ELDORADO RESORTS, LLC; CAESARS ENTERTAINMENT, INC; CIRCUS CIRCUS CASINOS, INC; CIRCUS AND ELDORADO JOINT VENTURE, LLC; CC NEWCO, LLC; TRUCKEE GAMING, LLC; ZANTE, LLC; JESR, LLC; BRAR ENTERPRISES; TRAVELODGE HOTELS, INC,<br><br>Defendants. | Case No. 3:25-cv-00246-MMD-CSD<br><br>**ORDER GRANTING STIPULATON TO DISMISS DEFENDANTS ELDORADO RESORTS, INC., ELDORADO RESORTS, LLC, AND CAESARS ENTERTAINMENT, INC. ONLY** |

Plaintiff Alice J. ("Plaintiff") and Defendants Eldorado Resorts, Inc., Eldorado Resorts, LLC, Caesars Entertainment, Inc., and Circus and Eldorado Joint Venture, LLC (collectively

"Defendants" and, together with Plaintiff, the "Parties"), by and through their respective counsel of record, hereby agree and stipulate to dismiss without prejudice Eldorado Resorts, Inc., Eldorado Resorts, LLC, and Caesars Entertainment, Inc.

Each party shall bear its/her own fees, costs and expenses.

Dated: June 20, 2025.

| HILTON PARKER LLC | McDONALD CARANO LLP |
|---|---|
| /s/ *Geoffrey C. Parker* <br> Geoffrey C. Parker (NSBN 16952) <br> Ohio Bar No. 0095742 <br> 7658 Slate Ridge Boulevard <br> Reynoldsburg, Ohio 43068 <br><br> Michael C. Kane (NSBN 10096) <br> Bradley J. Myers (NSBN 8857) <br> Joel S. Hengstler (NSBN 11597) <br> THE702FIRM INJURY ATTORNEYS <br> 8335 West Flamingo Road <br> Las Vegas, Nevada 89147 <br><br> *Counsel for Plaintiff Alice J.* | /s/ *Kristen T. Gallagher* <br> Kristen T. Gallagher (NSBN 9561) <br> 2300 W. Sahara Ave., Suite 1200 <br> Las Vegas, NV 89102 <br> Telephone: (702) 873-4100 <br> Email: kgallagher@mcdonaldcarano.com <br><br> Chelsea Latino (NSBN 14227) <br> McDONALD CARANO LLP <br> 100 West Liberty Street, Tenth Floor <br> Reno, Nevada 89501 <br> Telephone: (775) 788-2000 <br> Email: clatino@mcdonaldcarano.com <br><br> Ann H. MacDonald (*Pro Hac Vice*) <br> ARENTFOX SCHIFF LLP <br> 233 S. Wacker Drive, Suite 7100 <br> Chicago, IL 60606 <br> Telephone: (312) 258-5548 <br> Email: ann.macdonald@afslaw.com <br><br> Elise Yu (*Pro Hac Vice*) <br> ARENTFOX SCHIFF LLP <br> 350 South Main Street, Suite 210 <br> Ann Arbor, MI 48104 <br> Telephone: (734) 222-1556 <br> Email: elise.yu@afslaw.com <br><br> *Counsel for Defendants Eldorado Resorts, Inc., Eldorado Resorts, LLC, Circus and Eldorado Joint Venture, LLC, and Caesars Entertainment, Inc.* |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: June 23, 2025